**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. MOHR,<br><br>Defendant. | Case No. 4:26-cr-00074-MTS-PLC |

**DECLARATION OF MICHAEL W. MOHR**

I, Michael W. Mohr, declare as follows:

**1.** I am the defendant in the above-captioned case. I am over the age of eighteen and competent to make this declaration. The facts stated here are based on my own personal knowledge, and if called as a witness I could and would testify to them.

**2.** I am held as a pretrial detainee at the Ste. Genevieve County Jail, in Ste. Genevieve, Missouri, while I await trial on the charges in this case. I have not been convicted of any offense.

**3.** I am a Christian of the Lutheran faith. I have been a Lutheran all my life and served as a pastor in the Lutheran Church for over 27 years. I am a member of Holy Cross Lutheran Church in Vandalia, Illinois. Pastor Baue visits me here at the jail on a weekly basis.

**4.** My faith is sincere, and it is central to my life.

**5.** Receiving Holy Communion, which my church also calls the Lord's Supper or the Sacrament of the Altar, is one of the most important parts of my faith. I believe that in Holy Communion I receive the true body and blood of Jesus Christ, given to me with the

bread and wine for the forgiveness of my sins. To me it is not a symbol, and it is not a substitute for worship. It is the heart of my worship and of my relationship with God.

6. Before my detention, I attended worship and received Holy Communion at least once each week, and often more frequently.

7. Since I was detained on January 28, 2026, and through the date I sign this declaration, I have not been able to receive Holy Communion. Being cut off from the sacrament has caused me serious spiritual distress. Prayer, reading Scripture, and speaking with a chaplain are meaningful to me, but they do not take the place of receiving the body and blood of Christ in Communion. Nothing else substitutes for it.

8. I believe that the wine is required. Grape juice, or wine with the alcohol removed, would not allow me to receive the sacrament as I believe it must be received.

9. I have requested to be able to receive Holy Communion, but to date I have been denied. I made a formal administrative request to the Jail on March 31, 2026. I was told that I could not receive Communion because of the Jail's policy of not allowing any outside food or drink. My attorney was told that the Jail would permit me to receive Communion only if this Court ordered it.

10. I am willing to receive Holy Communion under whatever reasonable conditions the Jail sets. I am asking to receive it once each week. I would receive only a small wafer of bread and a small, thimble-sized cup of wine, brought and administered by my pastor, Pastor Baue. I would accept each of the following conditions, and any other reasonable condition the Jail requires:

(a) the bread and wine come in a sealed, pre-packaged, single-serving Communion kit;

(b) Jail staff inspect the elements before they are given to me;

(c) my pastor is screened through the Jail's ordinary clergy or visitor approval process;

(d) the Jail chooses the time and place;

(e) I receive the wafer and drink the wine at once, in my pastor's presence, and I do not keep any part of the elements; and

(f) my pastor takes the cup and all packaging with him when he leaves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 22 Sept. , 2026, at Ste. Genevieve, Missouri.

[signature]

Michael W. Mohr