**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. MOHR,<br><br>Defendant. | Case No. 4:26-cr-00074 MTS-PLC |

**DECLARATION OF PASTOR FREDERIC W. BAUE**

I, Pastor Frederic W. Baue, declare as follows:

1. I am an ordained pastor of the Lutheran Church-Missouri Synod, and I serve Village Lutheran Church in Ladue, Missouri. I have served as an ordained Lutheran pastor for 45 years. I make this declaration based on my own knowledge, training, and pastoral experience.

2. I am Michael Mohr's current pastor. I visit him at the Ste. Genevieve County Jail on a weekly basis. Based on my pastoral relationship with him, it is my sincere judgment that his Lutheran faith, and his desire to receive Holy Communion, are genuine and deeply held.

3. Holy Communion, also called the Lord's Supper or the Sacrament of the Altar, stands at the center of Lutheran worship, and for a Lutheran believer there is no substitute for receiving it. The sacrament is administered by an ordained or authorized minister and requires actual physical elements, bread and wine. Lutheran practice requires wine. Grape juice is not wine, and it does not substitute for wine in the sacrament.

4. The quantities involved are very small: one small wafer and a sip of wine, well under a tablespoon, in a small thimble-sized cup that the communicant drinks. The elements can be

inspected before administration, and if the Jail prefers, they can be supplied in pre-packaged, sealed, single-serving Communion kits that are widely available.

**5.** I am willing and able to bring Holy Communion to Michael Mohr at the Ste. Genevieve County Jail each week, under whatever reasonable conditions the Jail requires. I will supply the elements, submit them for inspection, and be screened through the Jail's ordinary clergy or visitor approval process. I will administer the sacrament at the time and place the Jail designates, and I will take the cup and all packaging with me when I leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2026, at Clayton, Missouri.

[signature]

Rev. Frederic W. Baue, Ph.D.